B1 (Official Form 1)(4/10)

# United States Bankruptcy Court
## Southern District of New York

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**TMI Wrecking, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**33-1097522** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**36 Haven Avenue**<br>**Mount Vernon, NY**<br>ZIP Code **10533** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Westchester** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Voluntary Petition *(This page must be completed and filed in every case)* | Name of Debtor(s): **TMI Wrecking, Inc.** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

X_____
    Signature of Attorney for Debtor(s)         (Date)

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **TMI Wrecking, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Robert L. Rattet**
Signature of Attorney for Debtor(s)

**Robert L. Rattet 2947**
Printed Name of Attorney for Debtor(s)

**Rattet, Pasternak & Gordon-Oliver, LLP**
Firm Name

**550 Mamaroneck Avenue**
**Suite 510**
**Harrison, NY 10528**

Address

**(914) 381-7400 Fax: (914) 381-7406**
Telephone Number

**August 30, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Steven Palmiotto**
Signature of Authorized Individual

**Steven Palmiotto**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**August 30, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# RESOLUTION

The undersigned is chairman of the Board of Directors of TMI Wrecking, Inc., a corporation organized under the laws of New York (the "Company"). On August 23, 2010, the following resolution was duly adopted by the Board of Directors of the Company.

"WHEREAS, it is in the best interests of the Company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code:

"NOW, THEREFORE BE IT RESOLVED, that Steven Palmiotto, President of the Company, or any of the Officers of the Company, be and hereby is, authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case in the United States Bankruptcy Court on behalf of the Company; and

"BE IT FURTHER RESOLVED, that Steven Palmiotto, President of the Company, or any of the Officers of the Company, be and hereby is, authorized and directed to appear in all such bankruptcy proceedings on behalf of the Company, and to otherwise do and perform any and all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with said bankruptcy proceedings; and

"BE IT FURTHER RESOLVED, that Steven Palmiotto, President of the Company, or any of the Officers of the Company, be and they hereby are authorized on behalf of the Company to execute and file all petitions, schedules, lists and other papers and to take any and all action which they may deem necessary or proper in connection with such bankruptcy proceedings; and

"BE IT FURTHER RESOLVED, that Steven Palmiotto, President of the Company, or any of the Officers of the Company, be and hereby is, authorized and directed to retain and employ Rattet, Pasternak & Gordon-Oliver, LLP, and to retain and employ all assistance by other legal counsel or otherwise which they may deem necessary or proper with a view to the successful conclusion of such reorganization case."

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

The below chairman of the Board of Directors of TMI Wrecking, Inc., declare under penalty of perjury that I have read the foregoing resolution and it is true and correct to the best of my knowledge, information and belief.

Date: August 30, 2010  Signature: */s/ Steven Palmiotto*
　　　　　　　　　　　　　　　　　　　　Steven Palmiotto, President and Chairman

# United States Bankruptcy Court
## Southern District of New York

In re: **TMI Wrecking, Inc.**

Debtor(s)

Case No.

Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **August 30, 2010**

**/s/ Steven Palmiotto**
**Steven Palmiotto**/**President**
Signer/Title

A ROYAL FLUSH
P.O. BOX 3126
BRIDGEPORT, CT 06605


A.J. RECYCLING, INC.
325 FAILE STREET
BRONX, NY 10474


A.R.J.R. TRUCKING CORP.
P.O. BOX 1076
YONKERS, NY 10703


ACE MATERIALS LTD
197 STATE ROUTE 18
SUITE 3000
EAST BRUNSWICK, NJ 08816


AIRGAS SAFETY INC.
P.O. BOX 951884
DALLAS, TX 75395


ALL STAR EQUIPMENT
460 EAST THIRD STREET
MOUNT VERNON, NY 10553


AMERICORE DRILLING & CUTTING
12-11 38TH STREET AVENUE
LONG ISLAND CITY, NY 11101


ASHBY FUEL OIL CORP.
99 BEECHWOOD AVENUE
NEW ROCHELLE, NY 10801


ASPEN PUBLISHERS
4829 INNOVATION WAY
CHICAGO, IL 60682-0048


ASSOCIATED INSURANCE AGENCY
200 BUSINESS PARK DRIVE
SUITE 200
ARMONK, NY 10504


B&B ENVIORNMENTAL CONSULTANTS
91 WEST FARM DRIVE
MELVILLE, NY 11747

BI-LO INDUSTRIES
145 BROOK AVENUE
DEER PARK, NY 11729

BRONX WELDING SUPPLY
94 MARINER STREET
FARMINGDALE, NY 11735

CASH ZONE CHECK CASHING CORP.
C/O NETWORK RECOVERY ASSOC.
P.O. BOX 61
ARDSLEY, NY 10502-0061

CASH ZONE CHECK CASHING CORP.
11 WEST 46TH STREET
NEW YORK, NY 10036

CI CONTRACTING CORP.
459 CITY ISLAND AVENUE
BRONX, NY 10464

CITI CAPITAL COMMERICAL CORP.
3950 REGENT BLVD, 2ND FLOOR
IRVING, TX 75003

CITICAPITAIL COMMERCIAL
3950 REGENT BLVD
SOUTH BLDG-2ND FLOOR
IRVING, TX 75063

CITICAPITAL COMMERCIAL LEASING
90 MATAWAN ROAD, STE 102
MATAWAN, NJ 07747

CITY CARTING & RECYCLING
P.O. BOX 17250
STAMFORD, CT 06907

CNH CAPITAL AMERICA LLC
100 BRUBAKER AVNEUE
NEW HOLLAND, PA 17557

CNH CAPITAL AMERICA LLC
P.O. BOX 7247-0170
PHILADELPHIA, PA 19170-0170

COHEN HOCHMAN & ALLEN
80 MAIDEN LANE
SUITE 506/507
NEW YORK, NY 10038


CON EDISON
P.O. BOX 1702
NEW YORK, NY 10116-1702


COVANTA ENERGY CORP.
C/O GREENBERG GRANT & RICHARDS
5858 WESTHEIMER RD STE 500
HOUSTON, TX 77057


COVANTA ENERGY CORP.
40 LANE ROAD
FAIRFIELD, NJ 07004


CSC
P.O. BOX 13397
PHILADELPHIA, PA 19101-3397


DB HYDRAULIC EQUIPMENT, INC.
30 SOUTH SIXTH AVENUE
MOUNT VERNON, NY 10550-3005


DURANTE RENTALS, LLC
717 HUTCHINSON RIVER PARKWAY
BRONX, NY 10465


DUTCHESS TOOLS & EQ. LLC
31 CARLETON AVENUE
MOUNT VERNON, NY 10550


EASTCHESTER CHECK CASHING, INC
C/O LAW OFFICE OF JARED TURMAN
1980 BROAD CAST PLAZA
MERRICK, NY 11566


EDISON AVE RECYCLE
41 EDISON AVENUE
MOUNT VERNON, NY 10550

EDWARD EHRBAR
4 EXECUTIVE PLAZA
SUITE 155
YONKERS, NY 10701


EMERALD EQUIPMENT SYSTEM INC.
7600 MORGAN ROAD
LIVERPOOL, NY 13090


EVEN AIR, INC.
10-59 JACKSON AVENUE
LONG ISLAND CITY, NY 11101


FRANK E. MALARA, CPA
84 BUSINESS PARK DRIVE
SUITE 11
ARMONK, NY 10504


GE COMMERCIAL FINANCE
P.O. BOX 644479
PITTSBURGH, PA 15264-4479


GE COMMERCIAL FINANCE
P.O. BOX 642555
PITTSBURGH, PA 15264-2555


GLOBE FENCE & RAILING INC.
314 CENTER AVENUE
MAMARONECK, NY 10543


GOTHAM EQUIPMENT & SUPPLY CORP
1600 STILLWELL AVENUE
BRONX, NY 10461


HSBC BANK USA, NA.
ONE HSBC CENTER, 29TH FLOOR
BUFFALO, NY 14203


IDEARC MEDIA CORP.
ATTN: ACCT RECEIVABLE
P.O. BOX 619009
DALLAS, TX 75261

INTERNAL REVENUE SERVICE
PO BOX 21126
PHILADELPHIA, PA 19114


INTERNAL REVENUE SERVICE
P.O. BOX 21126
PHILADELPHIA, PA 19114


JOHN SOZZI WELDING
24 SHAROT STREET
NEW ROCHELLE, NY 10801


LAKE STREET GRANITE QUARY
600 LAKE STREET
WEST HARRISON, NY 10604


LEASE FINANCE GROUP LLC
65 E. WACKES PLACE, STE 510
CHICAGO, IL 60601


LOCAL 137 JOINT FUND
1360 PLEASANTVILLE ROAD
BRIARCLIFFMANOR, NY 10510


LOCAL 60 ADMINISTATIVE FUND
140 BROADWAY
HAWTHORNE, NY 10532


LOCAL 60/PAF/IAF
140 BROADWAY
HAWTHORNE, NY 10532


LOCAL 79
520 8TH AVENUE, SUITE 679
NEW YORK, NY 10018


LOCAL UNION 15
265 WEST 14TH STREET
NEW YORK, NY 10011-7193


LYONS MCGOVERN, LLP
THE HENNESY HOUSE
16 NEW BROADWAY
SLEEPY HOLLOW, NY 10591

MCKINNEY WELDING SUPPLY  
535 WEST 52ND STREET  
NEW YORK, NY 10019


MERRIAM-GRAVES CORPORATION  
AIRGAS EAST  
P.O. BOX 827049  
PHILADELPHIA, PA 19182-7049


METRO TRUCK & TIRE  
3433 DELAVALL AVENUE  
BRONX, NY 10475


MOUNT VERNON BATTERY CO, INC.  
1626-9 LOCUST AVENUE  
BOHEMIA, NY 11716


MRA ENGINEERING, P.C.  
600 HEMPSTEAD TURNPIKE  
LOWER LEVEL  
WEST HEMPSTEAD, NY 11552-1036


MT. KISCO TRANSFER STATION  
P.O. BOX 30896  
NEW YORK, NY 10087-0896


MT.KISCO TRUCK & AUTO PARTS  
135 KISCO AVENUE  
MOUNT KISCO, NY 10549


NASTC  
104 STUART DRIVE  
HENDERSONVILLE, TN 37075


NEXTEL COMMUNICATIONS  
SPRINT  
P.O. BOX 17621  
BALTIMORE, MD 21297-1621


NY EQUIPMENT SALES CORP.  
10 HERRMANN PLACE  
YONKERS, NY 10710

NYC DEPT. OF FINANCE
345 ADAMS ST, 3RD FL.
LEGAL AFFAIRS-DEVORA COHN
BROOKLYN, NY 11201-3719


NYS DEPT OF TAX & FINANCE
BANKRUPTCY/SPECIAL PROCEDURES
P.O. BOX 5300
ALBANY, NY 12205


NYS DEPT. OF TAX & FINANCE
BANKRUPTCY/SPECIAL PROCEDURES
PO BOX 5300
ALBANY, NY 12205-0300


OFFICE OF THE US TRUSTEE
SOUTHERN DISTRICT OF NEW YORK
33 WHITEHALL STREET, 21ST FLR
NEW YORK, NY 10004


PBE PINE BUSH EQUIPMENT CO.INC
P.O. BOX 106
PINE BUSH, NY 12566


PERSONAL CONCEPTS-2
P.O. BOX 5750
CAROL STREAM, IL 60197


PINNACLE BUSINESS FINANCE, INC
159 S. WORTHEN STREET
SUITE 300
WENATCHEE, WA 98801


PINNACLE BUSINESS FINANCE, INC
5401 12TH STREET E SUITE A
TACOMA, WA 98424


PITNEY BOWES GLOBAL
FINANCIAL SERVICE
P.O. BOX 856460
LOUISVILLE, KY 40285-6460


PITNEY BOWES/PURCHASE POWER
P.O. BOX 856042
LOUISVILLE, KY 40285-6042

POLAND SPRING
P.O. BOX 856192
LOUISVILLE, KY 40285-6192


PRIDE EQUIPMENT CORP.
150 NASSAU AVENUE
ISLIP, NY 11751


RADIO AMERICA
P.O. BOX 95379
PALATINE, IL 60095-0379


RECYCLING IND TRANSFER STN.
P.O. BOX 30877
NEW YORK, NY 10087-0877


RICHARD A. SOLOMON, ESQ.
290 CENTRAL AVENUE, SUITE 102
LAWRENCE, NY 11559


ROBERT LIGANSKY ESQ.
80 MAIDEN LANE SUITE 507
NEW YORK, NY 10038


ROCKLEDGE SCAFFOLDING
808 NEPPARHAND AVENUE
YONKERS, NY 10703


ROGAN BROS. SANITATION
P.O. BOX 1076
YONKERS, NY 10703


SECURITY EXCHANGE COMM
THE WOOLWORTH BUILDING
233 BROADWAY- JOHN MURRAY
NEW YORK, NY 10279


SEMCONE EQUIPMENT E.C.R. INC.
A DIVISION OF SERVICE
18 MADISON STREET
KEYPORT, NJ 07735


SNS GROUP INC.
1170 BRIGHRON BEACH
BROOKLYN, NY 11235

STEPLIN AUTO SUPPLY
287 EAST 3RD STREET
MOUNT VERNON, NY 10550


STEVEN PALMIOTTO
15 SPRINGVALE ROAD
CROTON ON HUDSON, NY 10520


STEVEN PALMIOTTO


STEVEN PALMIOTTO
15 SPRINGVALE
CROTON ON HUDSON, NY 10520


STILOSKI AUTOMATIC CORP.
155 WILDEY STREET
TARRYTOWN, NY 10591


SUNBELT RENTALS, INC.
P.O. BOX 409211
ATLANTA, GA 30384-9211


TEAMSTER LOCAL 456
160 SO. CENTRAL AVENUE
ELMSFORD, NY 10523


TEAMSTERS LOCAL 456
160 SOUTH CENTRAL AVENUE
ELMSFORD, NY 10523


TECH AIR
P.O.BOX 0021
BRATTLEBORO, VT 05302-0021


TEEARE MAINTAINACE, INC.
712 KIMBALL AVENUE
YONKERS, NY 10704


THE U.S. TELEPHONE DIRECTORY
801 EAST FIR AVENUE
MCALLEN, TX 78501

TNT EQUIPMENT SALES&RENTAL
1400 UNION LANDING ROAD
CINNAMINSON, NJ 08077


U.S. DEPT OF LABOR/ OSHA
660 WHITE PLAINS RD, 4TH FLOOR
TARRYTOWN, NY 10591-5107


UNITED RENTALS (NORTH AMERICA)
P.O. BOX 10071
ATLANTA, GA 30384-0711


UNITED STATES ATTORNEY
ONE ST. ANDREW'S PLAZA
CLAIMS UNIT-ROOM 417
NEW YORK, NY 10007


UNIVERSAL TOWING INC.
1825 GIVAN AVENUE
BRONX, NY 10469-3179


US YELLOW PAGES
P.O. BOX 3110
MAIL PROCESSING CENTER
JERSEY CITY, NJ 07303-3110


VERIZON
P.O. BOX 619009
ATTN: ACCOUNTS RECEIVABLE DEPT
DALLAS, TX 75261-9009


VERNON HARDWARE
110 FOURTH AVENUE
MOUNT VERNON, NY 10550


W.B. MASON CO.,INC.
P.O.BOX 55840
BOSTON, MA 02205-5840


W.W. GRAINGER, INC
C/O WHOLESALE COLLECTORS
P.O. BOX 48146
NILES, IL 60714

WESTCHESTER TEAMSTER
ALLIED BENEFIT FUND
160 N. CENTRAL AVENUE
ELMSFORD, NY 10523


WESTCHESTER WASTE OIL
P.O. BOX 254
WASHINGTONVILLE, NY 10992-0254


WINDHAM CONSTRUCTION CORP.
P.O. BOX 331
WOODLAWN STATION
BRONX, NY 10470


XTRA LEASE, LLC
15 STOCKTON STREET
NEWARK, NJ 07105


YELLO BOOK USA
MID ATLANTIC
P.O. BOX 11815
NEWARK, NJ 07101


ZANO INDUSTRIES, INC.
20-25 130TH STREET
P.O. BOX 560222
COLLEGE POINT, NY 11356